**Entered on Docket**
**December 31, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for Credit Suisse First Boston HEAT 2004-8
09-77564

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-30310-lbr |
| Johnna L. Arnold | Date: 12/1/2009<br>Time: 1:00 pm |
| Debtor. | Chapter 7 |

1

## ORDER VACATING AUTOMATIC STAY

2

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4

Secured Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston HEAT

5

2004-8, its assignees and/or successors in interest, of the subject property, generally described as 6881

6

Tamarus St., Las Vegas, NV 89119, and legally described as follows:

7

8

A CONDOMINIUM COMPOSED OF:

9

PARCEL I (COMMON AREAS):

10

An undivided 1/24th interest as tenant-in-common in Common Areas in PHASE 4 OF SUNSET

11

BAY CONDOS, as shown by map "Plat" thereof on file recorded August 16, 1990, in Book 47,
page 7 and by Certificate of Amendment recorded March 22,1991 in Book 910322 of Official

12

Records, Clark County Nevada Records, as Document No. 00833, Clark County, Nevada
Recorder:

13

14

EXCEPTING THEREFROM the following:

15

All Living Units and Association Common Areas shown in Phase 4 of SUNSET BAY
CONDOS of the Plat.

16

AND RESERVING THEREFROM:

17

18

The right to possession of all those areas designated as Restricted Common Area; as shown
upon the Condominium Plat referred to above;

19

AND FURTHER RESERVING THEREFROM for the benefit of the owners of condominiums

20

in Phases 1-3, 5 and 6, non-exclusive easements on, over and across the Common Areas as
defined and shown upon the ,Plat referred to above for ingress, and recreational use, subject to

21

the terms as set forth in the Declaration of
Covenants, Conditions and Restrictions recorded on October 4,1990 in Book 901004, as

22

Instrument No. 00287, Clark County, Nevada, Recorder, to which reference is hereafter made.

23

PARCEL II (LIVING UNIT):
Living Unit Two Hundred Three (203) in Building Thirteen (13), as shown upon the

24

Condominium Plat referred to above.

25

PARCEL III (EXCLUSIVE USE AREA):

26

The exclusive right to use, possession and occupancy of those portions of the Common Areas, being described upon the Plat as Balconies, Patios, Stairways/Landings, chimney, and assigned covered parking P13-203 (Exclusive Use Areas), which are appurtenant to and for the Exclusive use of Parcel II.

PARCEL IV (PHASED AREAS):

A non-exclusive easement for ingress, egress and recreational use, on, over, and under the Common and Association Common Areas in Phases 1-3,5 and 6, which easement is appurtenant to Parcels 1, II, and III described above. This easement shall be effective only until recordation prior to expiration of right to annex of a Declaration of Annexation declaring the Phases 1-3, 5 and 6 to be subject to the Declaration to which reference is hereafter made or a separate Declaration, which requires the owners of condominiums in said subsequent phases to be members of the Association.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2009

Submitted by

**WILDE & ASSOCIATES**

By: ___/s/ Gregory L. Wilde, Esq___
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Lisa J. Garofalo
1020 Garces Avenue
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
William A. Leonard
6625 S. Valley View #224
Las Vegas, NV  89119
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____   The court waived the requirements of LR 9021.

_____   No parties appeared or filed written objections, and there is no trustee appointed in the case.

__x_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

Other Party:_____

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor